FILED

05/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0556

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0556

_____

DEANNA H. McATEE,

      Plaintiff and Appellant,

   v.                                    O R D E R

MORRISON AND FRAMPTON, PLLP,

      Defendant and Appellee.

_____

     Counsel for Appellant has filed a motion for an extension of time within which to file the reply brief. Good cause appearing,

     IT IS HEREBY ORDERED that motion is GRANTED. Appellant's reply brief shall be filed on or before June 4, 2021.

     No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 3 2021